*John A. Boykin, E. A. Stephens,* contra.

---

### 9771.   GARR *v.* THE STATE.

BROYLES, P. J. No special ground of the motion for a new trial shows reversible error, nor are any of the grounds of such a character as to require elaboration. The conviction of the accused was amply authorized by the evidence; and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
DECIDED OCTOBER 22, 1918.

Indictment for larceny of an automobile; from Fulton superior court—Judge Hill. April 27, 1918.

*James & Bedgood,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.